DANIEL G. BOGDEN
United States Attorney
District of Nevada

MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: Michael.humphreys@usdoj.gov

*Attorneys for the United States of America.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CV-564-GMN-(PAL) |
| $3,734.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**UNITED STATES' SECOND UNOPPOSED MOTION TO EXTEND**
**CAFRA DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a thirty day continuance, or until June 30, 2014, for the United States to file its complaint for forfeiture in the above-captioned matter. Currently, the CAFRA deadline for the United States to file its complaint is May 30, 2014.

. . .

The reason for the requested extension of time is that the United States continues to evaluate the merits of the case to decide whether it should proceed by way of civil forfeiture proceedings or criminal forfeiture proceedings against the seized assets.

On Friday, May 30, 2014, Government counsel spoke by telephone with Osvaldo Fumo, Claimant's counsel, and Attorney Fumo gave his consent for Government counsel to communicate to this Court that he has no objection to the Government's request for a continuance in this matter.

This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, the United States moves this Court to grant a thirty-day continuance, or until June 30, 2014, for the United States to file its civil forfeiture complaint and/or incorporate the forfeiture in a criminal charging document.

DATED this 30th day of May 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/04/2014**

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **UNITED STATES' SECOND UNOPPOSED MOTION TO CONTINUE THE CAFRA DEADLINE** was made by sending a copy of same by first class mail, addressed to Claimant's counsel, Osvaldo Fumo, on this 30th day of May, 2014:

Osvaldo Fumo
601 Las Vegas Blvd. S.
Las Vegas, NV 89109

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ray Southwick*
　　　　　　　　　　　　　　　　　　　　　　　Ray Southwick
　　　　　　　　　　　　　　　　　　　　　　　Forfeiture Support Associates Paralegal