DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:14-CV-564-GMN-(PAL) |
| $3,734.00 IN UNITED STATES ) CURRENCY, ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, hereby gives notice of the voluntary dismissal of the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1). "[T]he plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment...." Fed. R. Civ. P. 41(a)(1)(A)(i). The United States has not served the adverse party, an answer has not been served on the United States, and a motion for summary judgment has not been

. . .

. . .

served on the United States in this action. Accordingly, the United States gives notice of the voluntary dismissal of the action.

Dated this 1st day of July, 2014.

                                      Respectfully submitted,

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                      MICHAEL A. HUMPHREYS
                                      Assistant United States Attorney